UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deirdre C. Glascoe a.k.a. Deirdre Rose

_____

Write the full name of each plaintiff.

**18CV8284**

(Include case number if one has been assigned)

Do you want a jury trial?

☒ Yes    ☐ No

-against-

Joshua Solomon in his individual and official capacity as Principal, Business of
Sports School (02M393);  Richard A. Carranza in his official capacity as
Chancellor, New York City Department of Education;
MaryEllen Elia in her official capacity as New York State Commissioner of
Education and President of the University of the State of New York (USNY),
Betty A. Rosa, in her official capacity as Chancellor, New York Board of Regents,
Andrew M. Cuomo in his official capacity as Governor, New York

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Deirdre | C | Glascoe |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 409 West 40th Street | | |
|---|---|---|
| Street Address | | |

| New York | NY | 10018 |
|---|---|---|
| County, City | State | Zip Code |

| 571-393-7285 | glascoed@aol.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

| Joshua Solomon, in his individual and official capacity, Principal | | |
|---|---|---|
| Name | | |
| 439 West 49th Street, 5th Floor, Main Office - Rm 543, Business of Sports School | | |
| Address where defendant may be served | | |
| New York | NY | 10019 |
| County, City | State | Zip Code |

Defendant 2:

| Richard A. Carranza in his official capacity as Chancellor,  New York City Department of Education. | | |
|---|---|---|
| Name | | |
| Tweed Courthouse, 52 Chambers Street | | |
| Address where defendant may be served | | |
| New York | NY | 10007 |
| County, City | State | Zip Code |

Defendant 3:

| Betty A. Rosa, in her official capacity as Chancellor, New York Board of Regents | | |
| --- | --- | --- |
| Name | | |
| New York State Education Building 89 Washington Avenue A | | |
| Address where defendant may be served | | |
| Albany | NY | 12234 |
| County, City | State | Zip Code |

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

| New York City Department of Education | | |
| --- | --- | --- |
| Name | | |
| 409 West 40th Street, | | |
| Address | | |
| New York | NY | 10019 |
| County, City | State | Zip Code |

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

    The defendant discriminated against me because of my (check only those that apply and explain):

    ☒ race:    African-American

    ☒ color:    Black

    ☒ religion:    Christian

    ☐ sex:

    ☒ national origin:    Descendant of African Slaves

☒   **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is:   Black, African-American

☒   **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:   1962

☒   **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:   Generalized Anxiety Disorder, Major Depressive Disorder, Migranes

☒   **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:   Generalized Anxiety Disorder, Major Depressive Disorder, Migranes

☒   **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒   **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒   **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒   Other (may include other relevant federal, state, city, or county law):

1st Amendment of U.S. Constitution, New York Whistleblower Laws, 42 U.S.C. § 1983, 42 U.S.C. § 1985 (1), 18 U.S.C. § § 1961-1968

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☐  terminated my employment

☐  did not promote me

☒  did not accommodate my disability

☒  provided me with terms and conditions of employment different from those of similar employees

☒  retaliated against me

☒  harassed me or created a hostile work environment

☒  other (specify):  <u>Excluded/transferred me out of the Science Dept.</u>
<u>at the Business of Sports School because I serve GOD.</u>

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

1. I am a teacher of special education in New York.  I was obstructed from delivering special education services to the students in my ICT class by the general education teacher, Kelli Smith, who appeared to be motivated by racism and bigotry.

2. After several unsuccessful attempts to resolve the issue with the teacher and the assistant principal, I notified the school administration in writing, that special needs students were being deprived of their educational rights, were being demoralized, and that I would not uphold any grades that the general education teacher gave the students, given that the students were not being given a fair opportunity to learn, because their ICT services were being obstructed.

3. I was illegally disciplined and harassed by Principal Joshua Solomon in violation of my first amendment right to free speech – to speak the truth – about an atrocity occurring in my classroom that is or should be of public concern.  I also was disciplined for doing my job – reading a test out loud to students who were entitled to have their test read out loud.  There were ten special needs students in the class who required test read, 3 of them opted out, however the remaining 7 did not opt out.  The principal's position was that I should have denied test read services to 7 special needs students, because 3 other special needs students wanted to opt out, and for this reason, I was disciplined.  There also, was no parental permission given for any of the 10 students to opt out.

4. The students who opted out, appeared to be brainwashed and succumb to pressure placed on them by Principal.

5. A Statement of Facts, which contain the full facts and the charge of discrimination filed with U.S. EEOC, are attached and hereby incorporated by reference.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

      ☒ Yes (Please attach a copy of the charge to this complaint.)

            When did you file your charge?    October 5, 2017 and February 26, 2018

      ☐ No

Have you received a Notice of Right to Sue from the EEOC?

      ☒ Yes (Please attach a copy of the Notice of Right to Sue.)

            What is the date on the Notice?    June 13, 2018

            When did you receive the Notice?    On or about June 18, 2018

      ☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

      ☐ direct the defendant to hire me

      ☐ direct the defendant to re-employ me

      ☐ direct the defendant to promote me

      ☒ direct the defendant to reasonably accommodate my religion

      ☒ direct the defendant to reasonably accommodate my disability

      ☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

-Pay plaintiff's lost wages and back earnings,
-Remove any and all derogatory information from plaintiff's employee file
-Pay full tuition scholarship for plaintiff to complete her Master's Degree in Teaching, as promised by NYCDOE and New York City Teaching Fellows.
-Submit to a Civil Investigation pursuant to 18 U.S.C § 1968
-Direct defendants to pay compensatory and punitive damages  in excess of $75,000 in an amount to be determined at trial, to plaintiff and all descendants of African slaves, whose ancestors were brought by force to America on slave ships and who are the children of God (as determined by a blood/DNA test), who were educated in New York City public schools from 1950 to present and who have suffered from similar injury or financial harm as plaintiff.
- Direct defendants to allow the Bible and Qur'an to be taught in math and science classes, not for religious purposes, but for their mathematical and scientific properties.

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/11/2018 | | | |
|---|---|---|---|
| Dated | | Plaintiff's Signature | |
| Deirdre | C | Glascoe | |
| First Name | Middle Initial | Last Name | |
| 409 West 40th Street | | | |
| Street Address | | | |
| New York | | NY | 10018 |
| County, City | | State | Zip Code |
| 571-393-7285 | | glascoed@aol.com | |
| Telephone Number | | Email Address (if available) | |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


Plaintiff
Deirdre Glascoe a.k.a. Deirdre Rose
409 West 40th Street
New York, NY 10018

vs.

Defendants

Joshua Solomon in his individual and official capacity, as Principal
Business of Sports School (02M393)
439 West 49th Street,
New York, NY 10019


Richard A. Carranza in his official capacity as Chancellor,
New York City Department of Education.
Tweed Courthouse
52 Chambers Street
New York, NY 10007

Betty A. Rosa, in her official capacity as Chancellor, New York Board of Regents
New York State Education Building
89 Washington Avenue
Albany, NY 12234

MaryEllen Elia in her official capacity as New York State Commissioner of Education and
President of the University of the State of New York (USNY)
New York State Education Building
89 Washington Avenue
Albany, NY 12234


Andrew M. Cuomo in his official capacity as Governor, New York
NYS State Capitol Building
Albany, NY 12224

# STATEMENT OF FACTS

Plaintiff, Deirdre Colette Glascoe also known as Deirdre Rose ("Deirdre"), hereby files this statement of facts to be incorporated in the pro se lawsuit that she has filed on her own behalf and on behalf of descendants of African slaves, who ancestors were brought by force to America on slave ships and who are the children of God[1], who have suffered from similar injury or financial harm as plaintiff.

Plaintiff has requested this court certify case as a class action, and has demanded a jury trial. The defendants named in this lawsuit are actual and representative defendants. This Statement of Facts delineate the facts upon which this complaint is brought. Facts as stated in plaintiff's EEOC complaint are incorporated by reference:

# DEFINITIONS

**Theory:**

A theory is a supposition, an uncertain belief, intended to explain something.

**Fact:**

A fact is "a thing that is indisputably the case."

**Knowledge:**

Knowledge is "facts, information, or skills acquired by a person through experience or education; the theoretical or practical understanding of a subject."

Beliefs and speculation are NOT knowledge. Truth is knowledge.

**Indoctrination:**

Indoctrination is "the process of teaching a person or group to accept a set of beliefs uncritically."

---

[1] To be determined by a blood/DNA test.

2

**Educate:**

To educate is to facilitate the acquisition of knowledge.

**Education vs. Indoctrination:**

"The difference between education and indoctrination is that education opens the mind, while indoctrination closes it. Education is a process-driven approach to engaging in the knowledge and ideas of the world. Education is playful, experimental, mysterious. Education opens doors of intellectual exploration and equips its students with the tools they will need to dissect, analyze, and interpret the information that they find.

"Indoctrination, on the other hand, is a results-driven approach that aims to instill in people a set of habits and beliefs that align with an ideology or political agenda. Indoctrination narrows the lens through which we are able to see the world and insures that all of the information we receive is interpreted through the filter of the promoted ideology."[2]

# INTRODUCTION

There exists a pattern of bias against religious scientists and teachers which has existed for hundreds of years, ever since the scientific enterprise sought retribution for the trial of June 22, 1633, when Galileo Galilei, was put on trial by Pope Urban VIII at Inquisition headquarters in Rome. There ten cardinals sat in judgment of Galileo and forced him to recant his scientific beliefs.[3]

The schism between secular scientists and representatives of God working in the science field ("religious scientists") widened when Charles Darwin and ten of his colleagues intentionally defrauded the public in order [4] to wrestle control of science out of the hands of God's people. The schism was so wide that important research which could have advanced science and man's understanding of the origin of life, sat ignored for ~35 years.

---

[2] http://democraticeducation.org/index.php/blog/article/education_or_indoctrination/
[3] Great Feuds in Science: Ten of the livelist disputes ever by Hal Hellman (1998) John Wiley & Sons, Inc.
[4] Darwin's Plagiarisims: The Greatest Fraud in History or Introduction to the Inheritance Model of Creation and the New Evolution Theory (Rose, Deirdre 2018).

Gregor Mendel now hailed by the scientific community as the *Father of Genetics*, was once rebuffed by that same community; his work on pea plants ignored for almost 35 years because he was a servant of God, and a full-time monk who expressed views radically different from secular scientists of his day. "*It is well known that his experiments were ignored, to his intense disappointment, and it is to be presumed that they were never brought under the notice of any man whose training qualified him to appreciate their importance.*[5]" Recent research[4] reveals that even today the work of Mendel is not understood and is misapplied.

The struggle between religious and scientific factions continues in public schools. Almost 100 years ago it was illegal to teach evolution in public school.[6] Today, teachers in public school could face discipline for mentioning the name of God in their classroom and might even lose their job if they opened and started teaching from it in school − even if what they are teaching is true.

However, disciplining teachers for *speaking* truth (as is the case in the instant matter) or disciplining teachers for *teaching* truth is a violation of that teacher's rights, protected by the first amendment of the U.S. Constitution.   At the heart of this lawsuit is the question of whether a teacher has a first amendment right to speak truth or teach truth, when the truth has been proven scientifically, regardless of whether the source of that truth is the Bible or Qur'an.

The plaintiff in this case is NOT a religious person, but she has served God all her life, and in service to God she is required to speak and teach truth.  This is an important distinction; religion is not a synonym for God.

This is NOT a case about teaching religion in the classroom. This is a case about employment discrimination, and a teacher's right to teach math and science in math and science classrooms, even when the source of the math and science lesson is the Holy Bible and the Noble

---

[5] General Theory of Natural Selection, R.A. Fisher p. viii.
[6] State of Tennessee v. John Thomas Scopes (a.k.a. Scopes Monkey Trial)
http://moses.law.umn.edu/darrow/trials.php?tid=7

Qur'an, for both pieces of literature possess mathematical and scientific properties of value to math and science students.

# FACTS

(Written by the plaintiff in first-person journalism style.)

I was born May 11, 1962 in Queens, New York, a servant of God.

From approximately 1968 through 1980, I was enrolled in New York City Public Schools. From approximately kindergarten to 4th grade, I attended P.S. 243 in Brooklyn. In the 5th grade, I attended P.S. 15, the Jackie Robinson School in Queens. From 6th grade to 8th grade, I attended I.S. 59 in Queens. In 9th and 10th grade, I attended Francis Lewis High School, Queens. In 11th grade, I attended Ida B. Wells School for Pregnant Girls in Queens, and in 12th grade, I returned to Francis Lewis High School. I graduated from Francis Lewis High School with a High School Diploma in June 1980.

I was compelled by the laws of New York State to attend school.

According to the New York State Education Department "The object of the compulsory attendance law is to see that children are not left in ignorance, that from some source they receive the instruction that will fit them for their *place* in society."[7]

In 2nd grade, I tried to exercise my own will. I decided that I was not going to go to school. A girl in my class had threatened me, she said she was going to beat me up, if I came to school. So, I decided it was not in my best interest to go to school.

I knew my mother would not let me stay home. So, the day after I was threatened, I left home pretending to go to school. Instead of going to school, however, I went across the street and sat on the steps of Kings County Hospital until it was time to come home from school. When I saw all the other school children returning home from school, I knew it was time for me to return home also. This continued for a whole week until the school called home and told my

---

[7] http://www.p12.nysed.gov/nonpub/manualfornewadministratorsofnps_stateregs.html; This law is discriminatory on its face in that it mandates students be taught not on equal footing, but according to their *"place"* in society.

mother that I had missed a week of school, and my mother forced me to return to school against my will; sending my older sister to escort me to make sure that I arrived at school.

Though the school compelled me to return, they did not provide me with protection from the girl who threatened me. Sure enough, that day at lunch, I was forced to defend myself against the girl who threatened me, in a physical altercation. If my memory serves me correct, I drew blood, because my mother had told me that I had a right to defend myself. My mother said "If that bully put her hands on you, you let her know that you mean business!" So, when the bully approached me, that is exactly what I did. I let that bully know that I meant business. I tried to beat the crap out of her with my metal lunchbox, I remember the school officials pulling me off of her.

When I think back, I hold the school responsible for the psychological damage and fear that fight caused me, and for any damage the bully might have sustained. You see I am not a violent person, and even in the second grade, I was capable of making decisions that was in my best interest. You see, I had found a peaceful solution – avoidance – peace is what my God requires of me. I was perfectly happy spending my days sitting on the steps of Kings County Hospital, where I was not being indoctrinated, for the LORD is my teacher. But the school, by compelling me to return also compelled me into a confrontation, and as a result, I became a violent person – that day.

And that's what happens with education laws – my place in society required me to come to school, but my place in society did not entitle me to any protect. If I had been the daughter of the president, that bully would not have even been able to get close to me, for the secret service; and that violent side of me would – which emerged out of necessity, would have never surfaced.

Education laws have the power to create the environments and situations, which have an influence on the people we become. The education laws make it possible for me to act as sophisticated as a president's daughter, and they make it possible for me to act out of character, and become a street thug. If a perfectly sweet harmless girl in the second grade, can be turned into a vicious monster because of education laws, than any person can be turned into a vicious monster, with the right conditioning, under the guise of education.

6

In the case of descendants of African slaves, the education system in America has taught us to feel inferior, has taught us to be inferior, has taught us to be submissive, to lack confidence, and to not excel. We have also been conditioned to be violent – to kill one another. These laws help white America maintain control over us and further oppress descendants of African slaves.

Look at the title – Business of Sports School – the name itself targets young black men, and instead of teaching them statistical science where they can learn to become scientists, they teach them statistics in a manner which will condition them to sit on the couch all day playing fantasy football.

The year that I was compelled to return to school, and the years that followed, under compulsion of New York State law, I was forced to learn how to blaspheme God; I was taught that I evolved from ape. I was also taught that America valued my ancestors at 3/5 human, and in U.S. History and Global History I learned that my people did not have anything significant to contribute to the civilization of man, on the contrary I was taught descendants of African slaves brought to America on slave ships, and by extension, me, were inferior to white people.

However, when I left school, I thought I had been given a great education – that was part of the brainwashing strategy. I would not discover until decades later, how NYCDOE had fitted me for my *place* in society. I would begin to suspect when I cross paths with the American Justice system, my suspicions would be confirmed after observing how students were handled in the school headed up by Joshua Solomon.

Because of what I was taught in public school, I developed an inferiority complex that I still struggle with today. Even my inferiority complex was deep seated, hidden until my experience in Joshua Solomon's school triggered latent memories of my own school days.

On the surface, school equips. Based on my own assessment tests, in school, I was classified by Board of Education (BOE) as intellectually gifted. The BOE, now NYCDOE, even went through the motions of accommodating my thirst for knowledge. My motto was "*I'd rather know than wonder,*" so I questioned everything! The BOE provided answers, within limits.

But interesting enough, I was never taught the very thing I was going to need in life, knowledge of civil and criminal procedure, pleading and motion practice, litigation skills.

Even though I was *classified* as intellectually gifted, when I left Francis Lewis High School, I was only *qualified* to work as a secretary, and that was not because of effort on part of the school. My mother insisted that I take typing as an elective in school so that I would have a marketable skill, and because I was a teen mother and needed cash, I spent my senior year in a cooperative education program called "World of Work," so that when I finished school I could get a job paying more than minimum wage.

The brainwashing that I received in New York City Public School system was subtle and effective, because as an adult, I never suspected that I had been programmed as a child to feel inferior and to accept a lower place in society. Because I was not aware of the brainwashing, I never had a reason to question the appropriateness of my education in New York City Public Schools. I did not even suspect a problem with my education until the year 2002, and even then, I was not aware of intentional brainwashing, I just became aware that I had not been taught the truth. I did not become aware of the brainwashing until 2017, when I observed the techniques being employed on students in Business of Sports School.

After joining New York City Teaching Fellows I had already begin to recognize the reason for student underachievement, but at Business of Sports School it was blatant. I could see the systemic and subtle tactics which were in place, intentionally designed to cause descendants of African slaves to fail. Grading policies designed to demoralize, the systemic removal of seasoned teachers and teachers who look like the students from the classroom removed black role models and qualified teachers. Excessed teachers were replaced by recent graduates who lacked life experience, who were willing to use the students as guinea pigs to develop their own teaching careers. There was a high rate of disability classifications, which had occurred at early ages which ensured that a large portion of black students would not be taught foundational skills necessary to enter college. School policies ensured ineffective teaching models and ineffective teaching teams. And the list has not been exhausted.

It was also disconcerting to see DOE's policies which allow Satan to enter the classroom through spirit week, halloween, and secular christmas. Yet, Truth and the Spirit of God are prohibited. If permission slips can be sent home requesting permission for students to participate in a spirit week and halloween, then equal protection of the law requires that

NYCDOE allow the Spirit of God to be included among the options of the spirit that is going to be celebrated in school.

In 2002, I was sued for defamation for protecting my real property rights. I won the case in the trial court, including a $55,000 jury award on a cross-complaint. However, the plaintiff, a white male, appealed the jury decision, and the *sacred jury decision* was wrongly overturned by the appellate court. That is when I first began to see the truth about the American justice system, the truth was not consistent with what I had been taught in public school. My teachers had told me that liberty and justice was for all, but from what I had just experienced and was about to experience over the next 16 years and numerous law suits is that true liberty and justice in America, is for white people only.

My experience in the American justice system was so negatively traumatic and the corruption in the court system so overwhelming, that by the end of several years of litigation, I had developed major depression and generalized anxiety disorder, which reoccurs every time I must go into court to assert or defend my rights.

My ordeal in the justice system made me realize that an appropriate education for a descendant of African slaves does not include Global History or American History, because the curricula in those classes do nothing but talk about how the white man is superior and the black man inferior. An appropriate education for a Black man and even a Hispanic man in America is an education immersed in the study of the judicial branch of government – civil and criminal procedure, and pro se litigation, being mandatory, because the jails in America are disproportionately filled with Black and Hispanic men and women.

When America was first formed, people did not have to pass a bar to practice law. But as soon as the white man had educated his sons, bar associations popped up all around the country, and their first order of business was to set up entry barriers to ensure that the Black people did not learn the law. When the slaves were freed, ignorance of the law became the new tool of oppression. That is why the bulk of incarcerated people are black, it is by design. IDEA says students are entitled to an appropriate education, an appropriate education or the Black and Hispanic man includes middle and high school courses on criminal and civil procedure, pleadings, motion practice and litigation.

In Fall 2016, I entered the New York City Teaching Fellows (NYCTF) program. The fellows represented themselves as people who are concerned about helping students living in low income areas achieve – I found out in my first assignment that nothing could be further from the truth. I was removed from the school I was originally assigned for training because I asked my co-teacher why he was requiring students to read the same book he required them to read in the year before, and I asked about his questionable practice of placing a lesson plans in the window of the classroom, which he was not actually teaching, but was placed there for the purpose of private investors who are allowed to tour the school and observe the children in exchange for non-profit donations made payable not to DOE, but to private organizations set up by the principal, which the principal wholly controls. Friends of Boss is the private organization operated by Joshua Solomon from the office of the Business of Sports School. Though the policies allow principals to collect money by putting students on display, the money is not necessarily used for the benefit of the students. In every school I've worked in, I have had inadequate tools and supplies to do my job.

I was required to sign a Fall 2016 Fellow Commitment letter. I signed the letter and upheld my end of the agreement. However, NYCTF did not uphold their end. In fact, New York City Teaching fellows failed to disclose material facts about the program, necessary to me making an informed decision.

For example, NYCTF advertises that they need teachers because there are a shortage of teachers in special education, math and science. However, what NYCTF fails to disclose is that the reason there is a shortage of teachers is because DOE's policies allow principals to wrongfully remove aged and experienced teachers from the classroom in a process they call 'excessing.' These ATR teachers become 'traveling' teachers, making them far less effective in the classroom.

Excessed teachers are replaced by younger, moldable, inexperienced typically white teachers, who tend to be willing to look the other way at atrocities taking place within NYCDOE including the exploitation of students by principals in exchange for money.

10

NYCTF also failed to disclose that PEARSON VUE is one of their business partners. Personally, I boycott Pearson Vue because they exploit their relationship with NYS Education Department and NYCDOE for nefarious purposes and their textbooks are designed to miseducate descendants of African slaves. Let me explain:

In the summer of 2017, I was hired as a special education teacher to co-teach in a living environments class, in the science department at the Business of Sports School ("BOSS"), located on 49th street in Manhattan.    My tenure at BOSS started in Fall 2017.

My choice to serve God does not interfere with my ability to teach students in New York City public schools. However, my service to God does require me to critically think and be truthful.

Since critical thinking is one of the stated goals at BOSS, there should have been no conflict, but there was conflict because in the science class I was assigned to, critical thinking was deterred. Allow me to provide you with an example using Miller and Levine's Biology textbook, which is published by Pearson Vue, and used in the 9th grade Living Environments class at BOSS.

*"Like any scientific theory, evolutionary theory is constantly reviewed as new data are gathered. Researchers still debate important questions such as precisely how new species arise and why species become extinct. And there is also significant uncertainty about exactly how life began. However, any questions that remain are about how evolution works −not whether evolution occurs. To scientists, evolution is the key to understanding the natural world"* (Miller & Levine, p 472).

*"One dramatic example of molecular evidence for evolution is so basic that by this point in your study of biology you might take it for granted."* (Miller and Levine p. 470).

Because my personal teaching philosophy is that students should take nothing for granted and have a right to question everything, I found the Miller and Levine textbook repugnant. I imagine that the Lord also found Miller and Levine's textbook repugnant because He supervised

me in the preparation of a dissertation entitled *Darwin's Plagiarisms: The Greatest Fraud In History: Introduction to the Inheritance Model of Creation and The New Evolution Theory*[8] *("Darwin's Plagiarisms.")* Darwin's Plagiarisms demonstrates the void in science education today, and a viable way to address the void.

The following is an excerpt from Darwin's Plagiarisms:

This is a comparative study in which I evaluate two theories: The theory of evolution and the theory of creation. The purpose of the study is to facilitate the development of a new branch of science. The status of these two theories are as such: evolution is treated as fact, and creation is not considered science. This paper is going to turn everything on its head. In other words, I am going to handle both evolution and creation in a completely new and different way.[9] I am also going to rearrange their order; but first I'm going to set the record straight, then I am going to falsify the *old* evolution theory while introducing you to the inheritance model of creation using a conceptual metaphor and a new evolution theory. "In cognitive linguistics, conceptual metaphor, or cognitive metaphor, refers to the understanding of one idea, or conceptual domain, in terms of another."[10] The conceptual domain used to explain creation shall be a software engineering paradigm known as object-oriented design.

…

According to Miller and Levine, *"researchers have found more than 20 related fossils that document evolution of modern whales from ancestors that walked on land.*

---

[8] https://ssrn.com/abstract=3169646
[9] https://www.collinsdictionary.com/us/dictionary/english/turn-something-on-its-head
[10] https://en.wikipedia.org/wiki/Conceptual_metaphor

*Several reconstructions based on fossil evidence are shown below in addition to the modern Mysticete and Odontocete"* (Miller & Levine, pg. 466).



*Figure 1 Evolutionary Progression of Whales (Miller & Levine, p. 466).*



    Below is the evolutionary process model depicting figure 5 above, based on Dawkins definition of natural selection.





Figure 2

As you can see from this diagram, natural selection is not a viable model. It is a model where the evidence *fits* the theory, but the evidence does not *prove* the theory. Evolution's process model is also inefficient, unmanageable, and due to random mutation, unpredictable. And even though naturalists claim that there is no active selector, clearly, *some* decision making is going on – **whether to mutate or not; and what to mutate: some, all or none of the characteristics that were adapted by the species during its lifetime, and more importantly, after the 'what to mutate' decision has been made, how and whether the adaptations can be expressed as new characteristics in the form of mutated genes.**

In other words, how does the incremental random mutations decide what sequence of ACTG's would constitute a long limb vs. a short limb vs. no limb at all. How did random mutation in Rodhocetus know where to pick up where random mutation left off in Ambuolcetus—that is to shorten the hind limb of the Rodhocetus even further than it was shortened in Ambulocetus to obtain the cumulative effect? How did random mutation over each animal know that living in water was the fittest environment for the

14

Ancient artiodactyl where the first incremental random mutation commenced? There is a huge chunk of logic that the evolution model lacks, logic necessary to replace the function of an active selector in order for this model to be sound. Cumulative non-random implies a known direction. That something knows that the incremental random changes being made will result in a sea creature−whale. Instead of randomly mutating in such a way as to develop wings, thus allowing ancient artiodactyl to evolve into a bird (instead of a whale) and fly away.

This model also cannot explain why the new and improved whale did not supplant the older, less fit version, as Darwin's theory states (Darwin, p. 417). According to Darwin's theory, the simultaneous presence of Odontocetes and Mysticetes, would not be possible if Odontocetes evolved from Mysticetes.

The evolution model also fails to identify the common ancestor or at least tell us the origin of ancient artiodactyl.

These are questions that students should be allowed to ask and discuss. They should also be allowed to compare the evolution model with other models − for this is where critical thinking is born. Allow me to provide another example.

Let us compare the evolution model to the inheritance model of creation using the same data (20 fossils). As doing so, not only gives a comparison of the models, but also teaches students how to separate data from theory, how to separate fact from human interpretation of fact. The inheritance model of creation is based on object-oriented design, which comes from a software engineering paradigm.

As you can see in the creation model below, the same data is used, but a different interpretation of the data results−a different theory about the facts−relationship of the creatures−is expressed.

Students must be allowed to do these types of comparisons, if they are to become critical thinkers.

As we can see from the model, the creation model offers a clean sleek design; reusability without redundancy, absence of ambiguity and autonomy.

15



*Figure 3 Inheritance Model of Creation Using Object-Oriented Design2*

## Creation using Object-Oriented Model



Contrary to the evolution model, the creation model using object-oriented design is robust. The creation model tells us who created the animals—God, and how. And while this is just a snippet of the creation model, the full model tells us who our common ancestor is—the root of the tree of life—Jesus Christ.

*"In the beginning was the Word, and the Word was with God, and the Word was God. He was in the beginning with God. All things were made through Him, and without Him nothing was made that was made. In Him was life, and the life was the light of men. And the light shines in the darkness, and the darkness did not comprehend it" (John 1:1-5).*

The creation model also explains scripture, which tells us, "Not all flesh is the same: Men have one kind of flesh, animals have another, birds another, and fish another. There are also heavenly bodies and earthly bodies. But the splendor of the heavenly bodies is of one degree, and the splendor of the earthly bodies is of another. The sun has one degree of splendor, the moon another, and the stars another; and star differs from star in splendor" (1 Corinthians 15:39-41 BSB).

16

So now we have modeled both the evolution and the creation of the whale using fossils. By using two different models–evolution and creation–we were able to isolate and distinguish the data "20 fossils" from Miller and Levine's interpretation and theories about the 20 fossils, which in their book they impose on students as facts.

The fact that 20 fossils were found is distinguished from the theory that the 20 fossils are related and distinguished from the theory that evolution is the cause of any relationship between these 20 fossils.

We also see how dangerous it is teaching evolution as fact, when we do this we do not educate, we indoctrinate. No one needs to protect truth; truth can protect itself. If evolution is true, then why be afraid to introduce creation models for comparison?

The truth is, evolution is NOT a fact, it can and has been disputed. Evolution is a theory where the evidence fits the theory, the evidence does not prove the theory. Therefore it is miseducation to continue to teach the theory of evolution as fact.

Now let us look at an example of what else students might discover if they were allowed to critically think? They would find out that Darwin's "tree thinking" was plagiarized from the Bible, as well as other aspects of evolution theory. In fact the bulk of the theory was plagiarized from one source or another, and Darwin himself admits that he did know where much of the information that went into his theory came from ---- it was being provided to him by other people. Darwin is NOT a great scientist. In my research, I expose Darwin as a thief.

17

**Darwin' alleged tree thinking was plagiarized from the Bible.**

*Figure 3: Darwin's Alleged "Tree-thinking"*



According to Miller and Levine, "This page from one of Darwin's notebooks shows the first evolutionary tree ever drawn. This sketch shows Darwin's explanation for how descent with modification could produce the diversity of life. Note that, just above the tree, Darwin wrote, 'I think.'" (Miller & Levine, p. 464).

If students had access to the Bible, they would have found out long ago that "Darwin's *common ancestor, tree of life, variation* and *adaptation* theories of evolution are all plagiarized from the Bible and William Paley's *Natural Theology or Evidences of the Existence and Attributes of the Deity* (Paley, 1802).

**The Bible on the Tree of Life.**

"The Lord God made all kinds of trees grow out of the ground—trees that were pleasing to the eye and good for food. In the middle of the garden were the tree of life and the tree of the knowledge of good and evil. – Genesis 2:9 (NIV).

"I am the vine; you are the branches. If you remain in me and I in you, you will bear much fruit; apart from me you can do nothing. (John 15:5 NIV).

"I am the true vine, and my Father is the gardener. He cuts off every branch in me that bears no fruit, while every branch that does bear fruit he prunes so that it will be even more fruitful" (John 15:1-2).

**The Bible on Common Ancestor.**

*"I, Jesus, have sent my angel to give you this testimony for the churches. I am the Root and the Offspring of David, and the bright Morning Star" – (Revelation 22:16).*

*"And he made from one man every nation of mankind to live on all the face of the earth, having determined allotted periods and the boundaries of their dwelling place"*

*(Acts 17:26 ESV).*

*"In the beginning was the Word, and the Word was with God, and the Word was God. He was in the beginning with God. All things were made through Him, and without Him nothing was made that was made. In Him was life, and the life was the light of men. And the light shines in the darkness, and the darkness did not comprehend it" (John 1:1-5).*

If students had access to the Bible, they would have learned that the function of DNA was first announced in the Bible: *"And the Word became flesh and dwelt among us," (The Function of DNA, John 1:14);* and that is exactly why students should not take for granted that molecular evidence is evidence of evolution, since molecular evidence is also evidence of creation.

If students were allowed to dig further, they would also learn that "Darwin's *evolution and survival of the fittest theory* are plagiarized from Karl Marx. Marx published a social evolution and conflict theory in *Manifesto of the Communist Party* by Karl Marx and Frederick Engels (February 1848), eleven years before Charles Darwin's *On the Origin of Species by Means of Natural Selection, or the Preservation of Favoured Races in the Struggle for Life*, which was published November 24, 1859.

19

After Marx's death in 1883, Frederick Engels, Marx's co-author made a statement which can be construed as an attack on Darwin. Engels stated that regarding struggle for life and social evolution "this basic thought belongs solely and exclusively to Marx" (Marxist Internet Archive, 1987).

Students in public school are missing out on such much knowledge because of religious discrimination and the erroneous belief that there is no mathematical or scientific value in the Bible.

A prime example is a statistical science challenge, which would be an excellent project for a high school statistics class, but because it would require students to analyze the Bible and ponder whether God really exists, the challenge is prohibited from being taught in public school.

I introduce the challenge here so that it is plain for all to see that by prohibiting the Bible in public school, the quality of education in statistical science and potentially other non-religious disciplines suffer.

In the late 20th century phenomena were observed in the Qur'an and in the Bible—*patterns and codes*—which implies that these texts are not merely religious documents, but have mathematical and engineering value.

In 1981 Rashad Khalifa, an Egyptian-American biochemist (deceased), discovered a mathematical structure, based on the number 19, hidden in the Qur'an.

In 1994, three Israelis claimed that hidden codes existed in the Book of Genesis and that these codes referenced modern-day individuals, *Equidistant Letter Sequences in the Book of Genesis,* Doron Witztum, Eliyahu Rips and Yoav Rosenberg, Statistical Science, Vol. 9 (1994) 429-438.

In 1997, an American journalist named Michael Drosnin, expanding upon the theory of *Equidistant Letter Sequences* with his own research, published separately, a book entitled *Bible Code* wherein Drosnin asserted that there are codes hidden in the Bible which can be interpreted with the help of a computer program. According to Drosnin, the "Bible Code" predicts the future.[11]    The implication of hidden code existing in the Bible, capable of predicting the future of

---

[11] Rose, Deirdre, Predestination Theory: An Interesting Puzzle Part II, Rebuttal to Mathematicians' Statement on Bible Code (August 17, 2017). Available at SSRN: https://ssrn.com/abstract=2954095 or http://dx.doi.org/10.2139/ssrn.2954095

modern day individuals, is that humans are not alone in the universe. The fact that the Bible is the source of these hidden codes indicates that the origin of mankind could be extraterrestrial. This was the implications of a public statement Doron Witztum made on June 4, 1997, where he said:

> *"People often ask why, over the last 12 years, I have spent so much time in the field of hidden codes in the Torah, instead of my original field of interest-modern physics and general relativity. The discovery we have made concerning hidden patterns in the Torah is ultimately much more far-reaching and significant. The repercussions of our discovery touch on the very nature of human existence. It can be looked at as the same feeling Robinson Crusoe had when he first discovered the tracks in the sand, that he wasn't alone on the island."*

However, because Witztum's phenomenon implied a supernatural origin, which science alone cannot explain, and because discrimination against religious scientists is so widespread, the world never got the opportunity to benefit from the work of Witztum.

In 2017, a phenomenon like that observed by Witztum was observed by Plaintiff. Plaintiff validated the phenomenon and named it – *"Predestination Theory."*[11] Plaintiff also observed that the scope of the phenomenon is not limited to the Book of Genesis.

Unlike the case of Mendel, whose work was simply ignored for 35 years, the scientists in Witztum's day were a lot more vicious and vindictive. The scientific enterprise was not content with simply disproving the work of Witztum, Witztum's work was so despised by mathematicians and scientists of his day, that these so-called *experts* abandoned mathematical finesse and the scientific method and instead to nullify the work of Doron Witztum, resorted to writing a petition to deliver upon Witztum a fate equivalent to public stoning.

When *Equidistant Letter Sequences in the Book of Genesis* was published in *Statistical Science* in 1994, it was presented as an *interesting puzzle* because no one on the Statistical Science staff could provide a scientific explanation for the phenomenon discovered by Doron Witztum.

Taking up the challenge and claiming to have solved the puzzle, Brendan Mckay, Dror Bar-Natan, Maya Bar-Hillel, and Gil Kalai published a paper entitled *Solving the Bible Code Puzzle,*

where they argued against the probability of codes being hidden in the Book of Genesis by demonstrating that hidden "codes" could be found in any text of substantial length. The question that Brendan Mckay, et al, attempted to answer, was whether the Book of Genesis contained letter arrays that constitute thematically or contextually related words in compact formations more often than expected by chance.[12] In conclusion their answer was *no*, that what was observed by Doron Witztum was a chance occurrence which had no scientific merit, and that the phenomenon could be found in any text of *substantial l*ength, including Moby Dick.

Professor Barry Simon started the petition to denounce the work of Doron Witztum. Barry Simon is IBM Professor of Mathematics and Theoretical Physics, California Institute of Technology, Pasadena, CA 91125. Simon graduated with a B.A., summa cum laude, Harvard College, 1966, and earned Ph.D. (Physics) from Princeton University, 1970.[13] The petition was housed on the Caltech webserver for quite some time before it was removed.

During my research, in ~2015, I came across the petition. Fifty-five (55) Mathematicians from prominent universities around the world had signed the petition. The content of the mathematicians' petition, posted on the internet, stated as follows:

> *"We are making this statement concerning what have been called 'Bible codes' or 'Torah codes'. We recognize that many sincere people take this phenomenon seriously, which compels us to speak out on the basis of what our mathematical training tells us about the evidence claimed for this alleged phenomenon.*

> *"There is a common belief in the general community to the effect that many mathematicians, statisticians, and other scientists consider the claims to be credible. This belief is incorrect. On the contrary, the almost unanimous opinion of those in the scientific world who have studied the question is that the theory is without foundation. The signatories to this letter have themselves examined the evidence and found it entirely unconvincing.*

---

[12] Solving the Bible Code Puzzle, Brendan Mckay, Dror Bar-Natan, Maya Bar-Hillel, And Gil Kalai

[13] https://www.biblecodedigest.com/page.php?PageID=57

*"We refer in particular to the paper Equidistant Letter Sequences in the Book of Genesis, published in Statistical Science in 1994. This experiment suffers from major problems concerning both its execution and the interpretation of its conclusions. Even without these concerns, we would not take such extraordinary claims seriously without a vastly more systematic and thorough investigation. No such investigation has been carried out, nor has the work so far established a prima facie case. In addition, word clusters such as mentioned in Witztum's and Drosnin's books and the so called messianic codes are an uncontrolled phenomenon and similar clusters will be found in any text of similar length. All claims of incredible probabilities for such clusters are bogus, since they are computed contrary to standard rules of probability and statistics.*

*Among the signatories below are some who believe that the Torah was divinely written. We see no conflict between that belief and the opinion we have expressed above.[14] "*

The most interesting thing about this statistical challenge is that even though 55 mathematicians from prominent universities around the world thought they had solved the Bible code puzzle, the Bible code puzzle was NOT solved by Brendan Mckay.[15]  Students in statistics classes have a right to sink their teeth into this challenge. But because of religious discrimination, the Bible cannot be taught in school, not even to advance math and science.

I teach in a 12th grade statistics class. I have a first amendment right to speak and teach the truth. I also have an obligation to teach truth to the students, and to teach them how to use statistics to find truth in controversial topics. I should be able to present the Bible code puzzle to my 12th grade statistics students to allow them the opportunity to solve the Bible code puzzle, NOT to teach religion, but to teach them math.

Students have a right to learn about the mathematical and scientific properties of the Bible, and Qur'an and what those properties mean for the future of mankind.  However, due to religious discrimination, I can't engage my students in a Bible Code challenge in public school,

---

[14] At the time of my research, the Mathematicians Statement was posted at
http://math.caltech.edu/code_petition.html, but it has since been removed.
[15]   Rose, Deirdre, Predestination Theory: An Interesting Puzzle Part II, Rebuttal to Mathematicians' Statement on Bible Code (August 17, 2017).  Available at SSRN: https://ssrn.com/abstract=2954095 or http://dx.doi.org/10.2139/ssrn.2954095

23

not even with their parent's permission, and not even to teach math. Using statistics to teach Black men how to calculate stats in fantasy football is fun, but most Black men don't have trust funds, they cannot afford to sit on their butts all day watching football. These men have right to learn how scientists apply statistics to science, so that they are better equipped to go out and get job in the field of science or statistics. However due to racial and religious discrimination in NYCDOE, and more specifically racial and religious discrimination at the Business of Sports school, my students are being denied an educational opportunity of a lifetime.

Prior to working at BOSS, in January 2017, I was hired by Gregg Soulette ("Soulette"), to work under the New York City Teaching Fellow program as a long-term substitute. He promised me that there would be a fully-appointed position for me in Fall 2017, and he instructed me to report to work on January 10, 2017. I informed Soulette that NYCDOE Human Resources had not finished processing my paperwork. Soulette told me not to worry, that he would take care of it and that I was to report to work on January 10, 2017 as instructed. So, I reported to work on January 10, 2017, and I worked full days on January 10, 2017, January 11, 2017, January 12, 2017 and January 13, 2017. However, my employment records indicate that I did not start work until January 13, 2017, the day human resources completed my paperwork and NYCDOE refuses to correct my employment records and have failed to pay me for work I did at NYCDOE on January 10, 2017 through January 12, 2017.

# THE EEOC COMPLAINT

The EEOC complaint is attached, and hereby incorporated by reference. A summary of the EEOC complaint is as follows:

1. I am a teacher of special education in New York. I was obstructed from delivering special education services to the students in my ICT class by the general education teacher, Kelli Smith, who appeared to be motivated by racism and bigotry.
2. After several unsuccessful attempts to resolve the issue with the teacher and the assistant principal, I notified the school administration in writing, that special needs students were being deprived of their educational rights, were being demoralized, and that I would not uphold any grades that the general education teacher gave the students, given that the

students were not being given a fair opportunity to learn, because their ICT services were being obstructed.

3. I was illegally disciplined and harassed by Principal Joshua Solomon in violation of my first amendment right to free speech – to speak the truth – about an atrocity occurring in my classroom that is or should be of public concern. I also was disciplined for doing my job – reading a test out loud to students who were entitled to have their test read out loud. There were ten special needs students in the class who required test read, 3 of them opted out, however the remaining 7 did not opt out. The principal's position was that I should have denied test read services to 7 special needs students, because 3 other special needs students wanted to opt out, and for this reason, I was disciplined. There also, was no parental permission given for any of the 10 students to opt out.

4. The students who opted out, appeared to be brainwashed and succumb to pressure placed on them by Principal.

Submitted by,

Deirdre C. Glascoe a.k.a. Deirdre Rose

25

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2018-01481 |

|  | and EEOC |
|---|---|
| New York State Division Of Human Rights | |
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Deirdre Glascoe | (917) 628-0613 | 1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2055 N Vermont St Apt 206,  ARLINGTON, VA 22207 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| NEW YORK CITY DEPT. OF EDUCATION  P.S. M393 | | (212) 246-2183 |

| Street Address | City, State and ZIP Code |
|---|---|
| 439 West 49th Street 5th Fl,  MANHATTAN, NY 10019 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN | Earliest: 01-26-2018    Latest: 01-26-2018 |
| ☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I believe I have been discriminated against based on religion, race, age, disability and retaliated against for complaining about discrimination by the above-named Respondent. On 5 October 2017, I filed a charge of discrimination with the EEOC field office in Washington, D.C., EEOC charge #570-2018-00048, which I emailed to Principal Joshua Solomon on or about 6 October 2017. That complaint was in regard to my Principal was refusing to provide me with leave under the Americans with Disability Act. Though my school P.S. M393 denied my leave, the leave was finally approved by the DOE. I was on medical leave from October 2, 2017 until January 2, 2018. When I returned to P.S M393, I was given a new class schedule which reflected a demotion in my teaching status, and my leave replacement was allowed to keep my 3rd period class. I believe the demotion is in retaliation for filing the previous EEOC charge. Based on the above Respondent has violated Title VII of the Civil Rights Act of 1964, as amended.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE

FEB 26 2018

DATE RECEIVED

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Deirdre Glascoe on 02-26-2018 03:11 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 570-2018-00048 |

and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Deirdre Glascoe** | | **1962** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2055 North Vermont Street, Apt. 206, Arlington, VA 22207** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **NEW YORK CITY DEPARTMENT OF EDUCATION** | **Unknown** | **(212) 246-2183** |

| Street Address | City, State and ZIP Code |
|---|---|
| **439 West 49th Street, 5th Floor, New York, NY 10019** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-05-2017**   Latest **10-05-2017**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am currently employed with the above named Respondent and have been since January 2017. My job classification is Teacher – Special Education.

I have been subjected to discrimination since I arrived at work this school year. I am a Special Education Teacher in the Science Department, but when I met my co-teacher Kelli Smith, a younger white woman who should have provided me with the material that I would then use to instruct the students with need for accommodation, she immediately began belittling me and planned her first lesson around debunking religious beliefs in the science field. In addition, she placed a poster with devil imagery behind her desk in an attempt to harass me. I would later request that she provide me with the educational materials I needed to make lesson plans for the students, and she refused to interact with me. I sent her an email informing her that under the law, I must have these documents to accommodate the students, but instead of receiving any teaching materials, she contacted the Principal, a younger white man named Joshua Solomon, and I received a notice of a disciplinary

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Oct 05, 2017**<br>Date       _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 570-2018-00048 |

and EEOC

_State or local Agency, if any_

conference. **Additionally, I was removed from all of the science classes I was instructing, even though I was technically still a member of the science department. I then sought assistance from an internal EEO office. Additionally, I requested some time off for medical leave due to a disability that Respondent is aware of. I was informed that it would not be considered approved leave. I believe Respondent is trying to build a case against me in order to further discipline and/or terminate me.**

**I believe that I have been discriminated against on the basis of my race (African-American), sex (female), and religion (Christian) in violation of Title VII of the Civil Rights Act of 1964, as amended.**

**I believe that I have been discriminated against on the basis of my disability in violation of the Americans with Disabilities Act of 1990, as amended.**

**I believe that I have been discriminated against on the basis of my age (55) in violation of the Age Discrimination in Employment Act of 1967, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Oct 05, 2017 _Date_     _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE _(month, day, year)_ |



# Business of Sports School
www.nycBOSS.org

Joshua N. Solomon, Principal
4-39 West 49th Street
New York, New York 10019

tel. 212-246-2183
fax 212-246-2913
jsolomon@nycBOSS.org

## COUNSELING MEMORANDUM

January 23, 2018

Ms. Deirdre Glascoe
Teacher
Business of Sports School
File #0907290

Dear Ms. Glascoe,

On Tuesday, January 16, 2017, we met in my office regarding an allegation of professional misconduct. Also present at our meeting was your union representative, Ms. Tanika Thomas. We were not able to meet last fall due to your medical leave.

Specifically, you used unprofessional language toward a faculty colleague, which was documented in an email that you sent on September 28, 2017, at 1:59 a.m. to Kelli Smith (Science teacher) and copied to Rinah Fernandez (Assistant Principal), Deborah McLaughlin (Science chair), and Maxine Townsend (Special Ed. Coordinator). You stated that due to Ms. Smith's actions such as not providing you with the lesson plan and quiz for Friday, September 29, 2017 as well as the Monday, October 2, 2017 lesson plan:

- "IEP students have not been given a fair opportunity to succeed in our class."
- "I don't know how work was conducted where you came from, but these surprise 'Gotchas' have got to stop."
- "I have done nothing to you and do not warrant the disrespect and type of treatment, I have been receiving since the beginning of the year."
- Since you have not yet provided me with the quiz that the students will taking on Friday, we will have to deem this quiz a practice quiz, and the grades will NOT count against them or be averaged in their grade because you have deprived them of the right to be properly prepared."
- "Our students have a right to succeed in school; and I have a right to succeed as a teacher."
- "So please, whatever it is you have against me, put it aside and let us go about doing the work of the children, as they are entitled to a fair opportunity to succeed in our class."

I gave you an opportunity to respond and you responded by stating that your co-teacher, Ms. Smith, had not shared materials with you the entire month of September and that you

**COMMUNICATION          COLLABORATION          CRITICAL THINKING**

were frustrated. You said that you didn't realize that your words were offensive, but now that you know it, you would refrain from using them in the future.

In the future, please be more mindful of how you communicate with your colleagues. Your comments to Ms. Smith were divisive and hindered the promotion of trust among teachers and of a collaborative environment.

I remind you of your obligation to maintain good relations with your colleagues at all times.  Giving condescending lectures and making demands to teacher-colleagues is deeply unprofessional and undermines the potential to collaborate on your co-taught classes. Accusing fellow teachers of not caring about student success is also self-righteous and anathema of any collaborative community.

If you have a concern or issue with one of your colleagues and are unsure of how to proceed, then please contact me or Assistant Principal Rinah Fernandez so that we can discuss the situation with you and provide you with guidance and support.

Sincerely,

Joshua N. Solomon
Principal
Business of Sports School

**A counseling memorandum is not disciplinary in any manner and cannot be used in any action against an employee except to provide notice if the employee denies notice.**

I received and read this counseling memorandum and understand that a copy will be placed in my personnel file.

_____          _____
Deirdre Glascoe                                                              Date

**COMMUNICATION             COLLABORATION             CRITICAL THINKING**

# Business of Sports School
www.nycBOSS.org



Joshua N. Solomon, Principal
4-30 West 49th Street
New York, New York 10019

tel. 212-246-2183
fax 212-246-2913
jsolomon@nycBOSS.org

January 23, 2018

Ms. Deirdre Glascoe
Teacher
Business of Sports School
File #0907290

Dear Ms. Glascoe,

On Friday, January 12, 2018, we met in my office to discuss allegations of professional misconduct. Also present at our meeting was your union representative, Ms. Tanika Thomas. We were not able to meet last fall due to your medical leave.

Specifically, it was alleged that in your 1st period Ecology class on Friday, September 29, 2017, you:

- Read aloud an entire quiz to the entire class despite requests not to read aloud by two co-teachers, Ms. Kelli Smith and Mr. Francis Daniel, and by multiple students.
- When you, Assistant Principal Rinah Fernandez, and I met immediately after the class, you did not know which students in that first period had a special education modification to be read aloud nor did you have it in your notes, your bag, or your computer. I eventually gave you twenty minutes to find the list of the read-aloud students. You then brought back your marble notebook where you had just handwritten the modifications for that 1st period section in the margin. However, you had not written any modifications on the pages for your other two ICT sections.
- You told all of the students in the class that if they did not finish the quiz during the period, to take the quiz home and to finish it by Monday, which was also against the wishes of your two co-teachers. This destroyed the integrity of the quiz as a monitored assessment since students could find the answers online or from classmates. In addition, it meant that all students with or without time-and-a-half or double-time modifications had *unlimited* extended time, which is not consistent with their Individual Education Plans ("IEPs"). Many of the students in the class do not have IEPs at all.

I gave you an opportunity to respond to the allegations and you responded by stating that Ms. Smith had created a toxic relationship with you from the very first day of school on September 7, 2017. You showed me two items that you said showed that Ms. Smith was hostile to religious people: a photo of a classroom poster from the movie "Daredevil" and a PowerPoint presentation that you said Ms. Smith had given on the first day about ancient myths vs. scientific explanations. You stated that your Pace University Teaching Fellows' advisor had told you not to get administration involved with every issue and try to work it out

**COMMUNICATION          COLLABORATION          CRITICAL THINKING**

by yourself, so you had come up with this tactic on your own. You told me that you would not do this conduct again.

Based on my observations and my review of the allegations, my interviews of Ms. Smith and Mr. Daniel, and your response, I conclude that on September 29, 2017, you engaged in professional misconduct when you read aloud an entire quire to the entire class despite your co-teachers' and students' requests not to do so; did not know which students had a special modification to be read aloud and did not have that information readily available; and stated to the students, against your co-teachers' wishes, that if the students did not finish the quiz during the period, then the students could take home the quiz and finish it by Monday.

You did not pull students into a separate room and instead chose to disrupt the entire class over your co-teachers' and students' requests. Your statements and actions during the class and in our discussion immediately afterward demonstrated that you did not know which students were IEP students and what their modifications were. You also ruined the integrity of the quiz by allowing all students to the quiz home for the weekend.

Your actions were undifferentiated and non-collaborative, ignored your students' IEPs, undermined teacher cohesiveness, and prevented the accurate assessment of student performance. Furthermore, your actions were disruptive and interfered with good instructional practice and the integrity of academic assessment, hindered the development of collaborative and trusting relations with your co-teachers, and fostered an avoidable and unnecessary conflict between you and your colleagues. This is unacceptable and will not be tolerated.

It is imperative for you to thoroughly review and understand all of your students' IEPs and special education modifications to ensure that this does not happen again and that you are able to meet the needs of each of your students.

I remind you of your obligation to maintain academic integrity and collaborative relations with your colleagues at all times.

Please be advised that this incident may lead to further disciplinary action, including an adverse rating, a discontinuance or denial of your probation, and the termination of your employment.

Sincerely,

Joshua N. Solomon
Principal
Business of Sports School

I received and read this letter and understand that a copy will be placed in my personnel file.

_____        _____
Deirdre Glascoe                                 Date

**COMMUNICATION          COLLABORATION          CRITICAL THINKING**