**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DEIRDRE C. GLASCOE a/k/a DEIRDRE ROSE,
                Plaintiff,

-against-                                  18 CIVIL 8284 (AT)

## JUDGMENT

JOSHUA SOLOMON, in his individual and
official capacity as Principal of Business of Sports
School, RICHARD CINTRON, in his individual
and official capacity as Superintendent,
RICHARD A. CARRANZA, in his individual and
official capacity as Chancellor, NEW YORK
CITY DEPARTMENT OF EDUCATION, *et al.*,
                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 17, 2020, Defendants' motion to dismiss is granted, and Plaintiff's motions to strike, "ECF Nos. 57 and 63, are denied; Furthermore, because the Court finds that the complaint is frivolous, the Court dismisses the complaint in its entirety; the Court denies Plaintiff leave to amend the complaint; accordingly, this case is closed.

**Dated:** New York, New York
          March 18, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                         **BY:**
                                                     _____
                                                        **Deputy Clerk**